**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name: Hillegeist Family Enterprises, LLP; Bruce Hillegeist; and Brian Hillegeist v. Blake Hillegeist

Appellate case number: 01-21-00121-CV

Trial court case number: 2017-40148

Trial court: 80th District Court of Harris County

Appellee/cross-appellant Blake Hillegeist filed a motion for rehearing and/or for remittitur. The motion is **denied**.

It is so ORDERED.

Judge's signature: ___/s/ Gordon Goodman___
Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Date: October 6, 2022